UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Sagrario E. Silva,

    Plaintiff

v.

Spring Branch ISD,

    Defendants

Case No. 4:16 –cv- 00545

## PROPOSED ORDER

ORDERED that Plaintiff's motion to modify the scheduling order is GRANTED in its entirety.

ORDERED that Plaintiff's motion to request the court's reasons for denying Plaintiff's motion and reconsideration is GRANTED in its entirety.

Signed on this day of_____, 2016.

                                Hon. Magistrate Judge, Nancy K. Johnson
                                For the Houston, Southern District