United States District Court
Southern District of Texas
**ENTERED**
March 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAGRARIO E. SILVA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0545 |
| | § | |
| SPRING BRANCH INDEPENDENT | § | |
| SCHOOL DISTRICT, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In conformity with the Order Adopting Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 98) dated March 1, 2017, it is hereby **ADJUDGED** that Plaintiff takes nothing against Defendants.

All relief not granted herein is **DENIED**. Defendants are awarded their costs.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide a copy of this judgment to all counsel.

**SIGNED** at Houston, Texas, on this the 1st day of March, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE